# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN CRAIG BURNETT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-17-385-M |
| MARY FALLIN, et al., | ) |
| Defendants. | ) |

## ORDER

On June 5, 2018, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's civil rights resulting from overcrowded conditions in the Oklahoma prison system. The Magistrate Judge recommended that plaintiff's motion for summary judgment against defendant Mary Fallin be denied and that defendant Fallin's motion for summary judgment be granted. The parties were advised of their right to object to the Report and Recommendation by June 26, 2018. On June 22, 2018, plaintiff filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 105] issued by the Magistrate Judge on June 5, 2018;
(2) DENIES plaintiff's Motion for Summary Judgment against Defendant Governor Mary Fallin [docket no. 94];
(3) GRANTS defendant Mary Fallin's motion for summary judgment [docket no. 55], and
(4) ORDERS that judgment issue forthwith in favor of defendant Mary Fallin and against plaintiff.

**IT IS SO ORDERED this 13th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE